| Fill in this information to identify your case: |
| --- |
| United States Bankruptcy Court for the: |
| EASTERN DISTRICT OF PENNSYLVANIA |
| Case number (if known) _____  Chapter  **11** |

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy                    4/19

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
| --- | --- | --- |
| 1. | **Debtor's name** | **Museum of American Jewish History, d/b/a National Museum of American Jewish History** |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **23-7379280** |

| | | | |
| --- | --- | --- | --- |
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **101 South Independence Mall East** **Philadelphia, PA 19106** | |
| | | Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Philadelphia** | **Location of principal assets, if different from principal place of business** |
| | | County | |
| | | | Number, Street, City, State & ZIP Code |

| | | |
| --- | --- | --- |
| 5. | **Debtor's website** (URL) | **www.nmajh.org** |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other. Specify: _____ |

Debtor   **Museum of American Jewish History, d/b/a National**   Case number *(if known)*
**Museum of American Jewish History**

Name

---

**7.   Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

■ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

7121

---

**8.   Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

■ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9.   Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

District _____   When _____   Case number _____

District _____   When _____   Case number _____

---

**10.   Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

Debtor _____   Relationship _____

District _____   When _____   Case number, if known _____

---

Debtor    **Museum of American Jewish History, d/b/a National**
      **Museum of American Jewish History**    Case number (*if known*) _____
      Name

---

**11. Why is the case filed in this district?**

*Check all that apply:*

- ■ Debtor has its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

    **Why does the property need immediate attention?** (*Check all that apply.*)

    ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

        What is the hazard? _____

    ☐ It needs to be physically secured or protected from the weather.

    ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

    ☐ Other _____

    **Where is the property?** _____

                          Number, Street, City, State & ZIP Code

    **Is the property insured?**

    ☐ No

    ☐ Yes.    Insurance agency _____

              Contact name _____

              Phone _____

---

**▉ Statistical and administrative information**

**13. Debtor's estimation of available funds**    .

*Check one:*

- ■ Funds will be available for distribution to unsecured creditors.

- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ■ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

Debtor    Museum of American Jewish History, d/b/a National
Museum of American Jewish History

Case number (*if known*)

Name

████ **Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    03/01/2020
MM / DD / YYYY

**X** _(signature)_

Signature of authorized representative of debtor

Mikhail Galperin
Printed name

Title    **Interim Chief Executive Officer**

**18. Signature of attorney**    **X**  /s/ Lawrence G. McMichael

Date    03/01/2020
MM / DD / YYYY

Signature of attorney for debtor

**Lawrence G. McMichael**
Printed name

**Dilworth Paxson LLP**
Firm name

**1500 Market Street, Suite 3500E**
**Philadelphia, PA 19102**
Number, Street, City, State & ZIP Code

Contact phone    **215-575-7000**    Email address    lmcmichael@dilworthlaw.com

**28550 PA**
Bar number and State

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

| | |
|---|---|
| Debtor name | **Museum of American Jewish History, d/b/a National Museum of American Jewish History** |
| United States Bankruptcy Court for the: | **EASTERN DISTRICT OF PENNSYLVANIA** |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **ABM Janitorial - Midatlantic, INC PO Box 419860 Boston, MA 02241-9860** | | | | | | **$44,552.03** |
| **Apex IT Group 525 Fellowship Road - Ste 300 Mount Laurel, NJ 08054** | | | | | | **$15,109.00** |
| **Atelier Art Services, Inc P O Box 56316 Philadelphia, PA 19130** | | | | | | **$38,948.25** |
| **Brand Knew, LLC 10351 Santa Monica Blvd Suite 202 Los Angeles, CA 90025** | | | | | | **$23,420.42** |
| **CM3 Building Solutions 185 Commerce Drive, Ste 1 Fort WA, PA 19034** | | | | | | **$11,592.00** |
| **Color Reflections Dynamic Digital Imaging 475 N 5th Street Philadelphia, PA 19123** | | | | | | **$15,672.00** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                                                                    Best Case Bankruptcy

Debtor   **Museum of American Jewish History, d/b/a National**           Case number *(if known)*
**Museum of American Jewish History**
_____                                _____
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Commonwealth of PA Sales Tax Bureau of Business Trust Fund Taxes Dept 280405 Harrisburg, PA 17128-0405** | | | | | | **$7,109.97** |
| **Echelon Protection & Surveillance 542 N Lewis Rd Ste 103 Limerick, PA 19468** | | | | | | **$14,781.37** |
| **Eisner Amper, LLP PO Box 360635 Pittsburgh, PA 15251-6635** | | | | | | **$16,140.00** |
| **EMCOR Services Attn: Accounts Receivable 9815 Roosevelt Boulevard Suite A Philadelphia, PA 19114** | | | | | | **$69,901.02** |
| **MetroCorp Publishing aka Philadelphia Magazine 601 Walnut Street - Suite #200 Philadelphia, PA 19106** | | | | | | **$7,800.00** |
| **MUSE-ON LLC c/o Michael S. Glickman 4 Garden Street Great Neck, NY 11021** | | | | | | **$22,168.48** |
| **PECO ENERGY PAYMENT PROCESSING PO Box 37632 Philadelphia, PA 19101-0629** | | | | | | **$18,274.65** |
| **Philadelphia Insurance Companies P.O. Box 70251 Philadelphia, PA 19176-0251** | | | | | | **$6,950.25** |

Official form 204                Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims                page 2

| Debtor | **Museum of American Jewish History, d/b/a National Museum of American Jewish History** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Pro Vision Productions Inc 404 Industrial Park Drive Yeadon, PA 19050** | | | | | | **$8,291.00** |
| **SHOWORKS Audio Visual Inc 730 Philadelphia Pike Wilmington, DE 19809** | | | | | | **$13,686.00** |
| **Skirball Cultural Center 2701 N. Sepulveda Blvd Los Angeles, CA 90049-6833** | | | | | | **$25,000.60** |
| **UGI EnergyLink Services, LLC P O Box 827032 Philadelphia, PA 19182** | | | | | | **$11,916.15** |
| **Wakeby Fire & Associates 22 Bates Road, Suite 295 Mashpee, MA 02649** | | | | | | **$9,679.74** |
| **WRT, LLC - aka Wallace Roberts & Todd 1700 Market Street - Suite 2800 Philadelphia, PA 19103** | | | | | | **$8,716.14** |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | Museum of American Jewish History, d/b/a National Museum of American Jewish History |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF PENNSYLVANIA |
| Case number (if known) | |

☐ Check if this is an
amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule*
■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   03/01/2020          x _____
                                    Signature of individual signing on behalf of debtor

                                    **Mikhail Galperin**
                                    Printed name

                                    **Interim Chief Executive Officer**
                                    Position or relationship to debtor

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

## United States Bankruptcy Court
### Eastern District of Pennsylvania

In re    Museum of American Jewish History, d/b/a National Museum of
American Jewish History

Debtor(s)

Case No.

Chapter    11

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| -NONE- | | | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Interim Chief Executive Officer** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    03/01/2020

Signature    Mikhail Galperin

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| Museum of American Jewish History, d/b/a | : | Case No. 20- |
| National Museum of American Jewish History | : | |
| | : | |
| Debtor. | : | |

### STATEMENT OF CORPORATE OWNERSHIP

Pursuant to F.R.B.P. 1007(a) and 7007.1(a) and to enable the Judges to evaluate possible disqualification or recusal, the Debtor hereby certifies that no other entity, directly or indirectly own(s) 10% or more of any class of the corporation's equity interests, and states that there are no entities to report.

Museum of American Jewish History d/b/a
National Museum of American Jewish History

Date: 03/01/2020

BY:   Mikhail Galperin
Interim Chief Executive Officer

121079458_1

## United States Bankruptcy Court
### Eastern District of Pennsylvania

In re   Museum of American Jewish History, d/b/a National Museum of
American Jewish History                                                   Case No.
                                         Debtor(s)                         Chapter     11

# VERIFICATION OF CREDITOR MATRIX

I, the Interim Chief Executive Officer of the corporation named as the debtor in this case, hereby verify that the attached list of

creditors is true and correct to the best of my knowledge.

Date:        03/01/2020

                                        Mikhail Galperin/Interim Chief Executive Officer
                                        Signer/Title

1 0 Technology Corp
Workpoint
290 Harbor Dr
Stamford, CT 06902


1000 Bulbscom
2140 Merritt Dr
Garland, TX 75041


12th Street Catering
3312 Spring Gdn St
Philadelphia, PA 19104


1800ketubahcom
56 Wildwood Ave
Upper Montclair, NJ 07043


583 Park Avenue
Aka Rose Group Park Avenue Llc
583 Park Ave
New York, NY 10065


A List Promotions
443 Markle St
Philadelphia, PA 19128


Aaron Levi
745 Hansell St Se Unit #320
Atlanta, GA 30312

Abm Janitorial  Midatlantic Inc
Po Box 419860
Boston, MA 02241-9860


Acme Animal
19 Windsor Cresent
London, ON N6C 1V6
Canada


Agam Judaicart
19528  Ventura Blvd Ste 718
Tarazana, CA 91356


Ajx Inc Dba J2 Design Partnership
725 N 4th St
Philadelphia, PA 19123


Al C Rinaldi Inc Dda Jacobs Music Co
1718 Chestnut St
Philadelphia, PA 19103


Al Wiesner
41 Villa Dr
Warminster, PA 18974-3780


Alberhaff Parking Svc Inc
3101 Mt Carmel Ave 2nd Fl
Glenside, PA 19038

Alcom Printing Group Inc
Po Box 570
Harleysville, PA 19438-0570


Alexander Kalman
368 Broadway #512
New York City, NY 10013


Allyson S Israel
4 Ari Dr
Suffern, NY 10901


Amanda G Brodie
25 Pondview Ave
Trombull, CT 06611


Amarc Inc
Dba Unique Venues
225 Main St Ste G1
Edwards, CO 81632


American Express
Po Box 1270
Newark, NJ 07101-1270


Americana Souvenirs And Gifts
150 North 3rd St
Gettsburg, PA 17325

Andrew Harley
1835 Phelps Pl Nw #41
Washington, DC 20008


Apex It Group
525 Fellowship Rd Ste 300
Mount Laurel, NJ 08054


Aram
2102 83rd St
North Bergen, NJ 07047


Artnwordz
274 Prospect Ave
Long Beach, CA 90803


Ascap
21678 Network Pl
Chicago, IL 60673-1216


Associated Imaging Solutions Inc
165 Veterans Way
Ste 100 A
Warminster, PA 18974


Atelier Art Svc Inc
Po Box 56316
Philadelphia, PA 19130

Attorney General Of The United States
Ben Franklin Station
Po Box 227
Washington, DC 20044


Avison Young Usa Inc
300 Barr Harbor Dr Ste 150
West Coshohocken, PA 19428


Azoulay Art Ltd
Po Box 339
Beit Shemesh,
Israel


B'nai Abraham Chabad
527 Lombard St
Philadelphia, PA 19147


Baked Beads
6973 Main St
Waltsfield, VT 05673


Barbieb Prince
4005 Nemo Rd
Randallstown, MD 21133


Barclay Caterers
10960 Dutton Rd
Philadelphia, PA 19154

Bareket Fine Jewelry
631 S Olive St 650
Los Angeles, CA 90014


Basic Maintenance Supply
Po Box 1102
Cherry Hill, NJ 08034


Beehive Kitchenware Co
Aka Beehive Handmade
500 Wood St
Unit 206
Bristol, RI 02809


Beenet Internet Svc
Pmb 239
64 E Uwchlan Ave
Exton, PA 19341-1203


Benjamin Butz-weidner
3231 Durham Pl
Holland, PA 18966


Benjamin Marc Jacobs
18 Lawrence Ave
West Orange, NJ 07052


Bensalem Township School District
3000 Donallen Dr
Bensalem, PA 19020

Beth S Wenger
Dept Of History
University Of Pennsylvania
208 College Hall
Philadelphia, PA 19104-6379


Betsy Teutsch
6622 Lincoln Dr
Philadelphia, PA 19119-3156


Betty The Caterer Inc
5201 Old York Rd
Ste #200
Philadelphia, PA 19141


Bitchstix Llc
Po 187
Zionsville, IN 46077


Blackbaud
Po Box 930256
Atlanta, GA 31193-0256


Blackthorne Forge
3821 Us Rt 2
Marshfield, VT 05658


Blank Rome Llp
On Logan Square
130 North 18th St
Philadelphia, PA 19103-6998

Bluedge
575 Eighth Ave
Ste #801
New York, NY 10018


Bluestone Construction Svc Inc
Po Box 2340
Malvern, PA 19355


Bmi
10 Music Square E
Nashville, TN 37203


Bnb Bank
400 Broadhollow Rd
Melville, NY 11747


Bonnie Brooker
Bonnie Brooker Enterprises Llc
Dba Bonbon's Parties
38 Madison Ln
Sicklerville, NJ 08081


Bonsai Fine Arts Inc
509 Mccormick Dr O
Glen Burnie, MD 21061


Bored Inc
13017 Valleyheart Dr
Studio City, CA 91604

Brand Knew Llc
10351 Santa Monica Blvd
Ste 202
Los Angeles, CA 90025


Bridgehampton National Bank
15 Frowein Rd Ste A3
Center Moriches, NY 11934


Bridgehampton National Bank
Stuart Fliegelman
898 Veterans Memorial Hwy
Hauppauge, NY 11788


C And K Systems
780 Lynnhaven Pkwy Ste #345
Virginia Beach, VA 23452


Calhoun Associates Inc
6850 Hibbs Ln
Levittown, PA 19057


Calligraphics Gallery
7410 Woodlawn Ave
Elkins Park, PA 19027


Caricatures By Courtney
173 Stoneway Ln
Bala Cynwyd, PA 19004

Carmel Jewelry
3 Richview Ct
Potomac, MD 20854


Carolynn Mccormack
404 S 22nd St  Apt 3
Philadelphia, PA 19146


Caspi Cards And Art
137 Lowell Ave
Po Box 600220
Newtonville, MA 02460


Cazenove Printers Usa Llc
495 West Broadway
Cedarhurst, NY 11516


Ce Michaelspatri
5312 N Magnolia Ave
Chicago, IL 60640


Center City District
Carol Kubacki
660 Chestnut St
Philadelphia, PA 19106


Chaim Steinberg
5501 Columbo St 2
Pittsburg, PA 15206

```
Chef's Market Inc
Aka Chefs Table
231 South St
Philadelphia, PA 19147



Chen Li Chang
1038 East Passyunk Ave  Apt 2r
Philadelphia, PA 19147



Christopher T Sannino
1047 Daly St
Philadelphia, PA 19148



Cision Us Inc
Po Box 417215
Boston, MA 02241-7215



City Of Philadelphia
Law Dept
1515 Arch St
17th Floor
Philadelphia, PA 19102


City Of Philadelphia
Dept Of Revenue
Municipal Services Building
1401 Jfk Blvd
Philadelphia, PA 19102


Classy Inc
350 10th Ave - Ste 1300
San Diego, CA 92101-8703
```

Cm3 Building Solutions
185 Commerce Dr Ste 1
Fort Washington, PA 19034


Cnn
Aka: Cable News Network
One Cnn Center - 14 Sw
Atlanta, GA 30303


Color Me Mine
Aka Leighton Industries
910 Berliln Rd Store 2
Voohees, NJ 08043


Color Reflections
Dynamic Digital Imaging
475 N 5th St
Philadelphia, PA 19123


Comcast
Po Box 70219
Philadelphia, PA 19176


Comcast
Legal Dept
One Comcast Center
Philadelphia, PA 19103


Comcast
Po Box 3001
Southeastern, PA 19398

Commonwealth Of Pennsylvania Sales Tax
Bureau Of Business Trust Fund Taxes
Dept 280405
Harrisburg, PA 17128-0405


Connie Sjolie
723 Dutch Neck Ct
Deland, FL 32724


Contellation New Energy
1001 Lousiana St
Houston, TX 77002


Continental Casualty Co
Legal Dept
333 South Wabash Ave
Chicago, IL 60604


Continuum Games Inc
1240 Brookville Way Ste J
Indianapolis, IN 46239


Contract Carpets Inc
125 King St
Magnolia, NJ 08049


Cory Laub
8441 Forest Hills Dr #107
Coral Springs, FL 33065

Crozier Fine Arts
Aka Iron Mountain Inc
8712 Jericho City Dr
Landover, MD 20785-4761


Crw Graphics
9100 Pennsauken Hwy
Pennsauken, NJ 08110


Crystal Plaza Group Inc
305 W Northfield Rd
Liivingston, NJ 07039


Ctm Media Group Inc
11 Largo Dr South
Stamford, CT 06907


Cummins Sales And Svc
Po Box 786567
Philadelphia, PA 19178-6567


Daniel And Meredith Slawe
Museum Of American Jewish History
Paul Waimberg
101 S Independence Mall East
Philadelphia, PA 19106


Davida Aprons And Logo Programs Inc
5416 Oak Pk Ave
Encino, CA 91316

De Lage Landen Financial Svc Inc
Po Box 41602
Philadelphia, PA 19101-1602


Diane W Zimmerman
2200 19th Ct N
Arlington, VA 22201


Disanto Design
3937 Henry Ave
Philadelphia, PA 19129


Dissent Pins
Po Box 20
Williston, VT 05495


Docuvault Delaware Valley Llc
Po Box 176
Thorofare, NJ 08086


Dominic James Cicalese
60 Bank St
Medford, NJ 08055


Donald P Sosin
41 Horseshoe Ln
Lakeville, CT 06039

Dpm Speech Svc
Dpm Teleprompting
4417 Tyson Ave
Philadelphia, PA 19135


Dr Gary S And Mrs Phyllis M Finkelstein
Museum Of American Jewish History
Paul Waimberg
101 S Independence Mall East
Philadelphia, PA 19106


Duffy Piano Moving And Storage
1206 Amosland Rd
Prospect Park, PA 19076


Ebe Llc
1030 North Delaware Ave
First Floor
Philadelphia, PA 19125


Echelon Protection And Surveillance
542 N Lewis Rd Ste 103
Limerick, PA 19468


Edna Levy
77 Sylvan Rd
West Hartford, CT 06107


Eeboo
170 West 74th St
New York, NY 10023

Eeoc Philadelphia District Office
Jamie Williamson Director
801 Market St Ste 1300
Philadelphia, PA 19107-3127


Eisner Amper Llp
Po Box 360635
Pittsburgh, PA 15251-6635


Eitan Kastner
714 Rutland Ave
Teaneck, NJ 07666


Eleanor Shapiro
1878 Parker St
Berkeley, CA 94703


Electronic Security Solutions
5115 Campus Dr
Plymouth Meeting, PA 19462


Electronic Security Solutions (ess)
5115 Campus Dr
Plymouth Meeting, PA 19462


Electrosonic Inc
Dept Ch 19029
Palatine, IL 60055-9029

Elegance String Quartet Corp
2515 S Colorado St
2nd Floor
Philadelphia, PA 19145


Elise Weber
2601 E St   Apt B
Sacramento, CA 95816


Emcor Svc
Accounts Receivable
9815 Roosevelt Blvd Ste A
Philadelphia, PA 19114


Emily Rosenfeld
221 Pine St 445
Florence, MA 01062


Environmental Protection Agency
Office Of General Counsel
Ariel Rios Building
1200 Pennsylvania Ave Nw Mail Code 310a
Washington, DC 20460


Eric Stein
92 Lynnhaven Rd
Toronto, ON M6A 2K9
Canada


Extreme Property Svc Llc
1350 Schuylkill Ave
Philadelphia, PA 19146

```
Fctry
119 8th St
Loft #215
Brooklyn, NY 11215



Fedex
Po Box 371461
Pittsburgh, PA 15250-7461



Fireman's Fund Insurance Co
Legal Dept
777 San Marin Dr
Ste 2160
Novato, CA 94945


First Virginia Community Bank
11325 Random Hills Rd
#240
Fairfax, VA 22030


Fly Paper Products
Po Box 2588
An Arbor, MI 48106



Foley Inc
Po Box 787132
Philadelphia, PA 19178-7132



Forgotten Judaica
51 Paine Ave
Po Box 266
Prides Crossing, MA 01965
```

Freeman Decorating Co Dba Freeman
Aka Freeman Expositions Inc
Po Box 650036
Dallas, TX 75265-0036


Freida Rothman
80 39th St - Ste 601-23
Brooklyn, NY 11232


Full Point Graphics Llc
183 Lorraine St
#3010
Brooklyn, NY 11231


Gabrieli-rubin Ltd
6 Yoel Salomon St
Jerusalem,  94633
Israel


Gary Rosenthal Collection Inc
4218 Howard Ave
Kensington, MD 20895


Gateway Ticketing Systems
445 County Line Rd
Gilbertsville, PA 19525


Gaylord Brothers Inc
Po Box 4901
Syracuse, NY 13221-4901

Gershman Philadelphia
Jewish Film Festival
101 S Independence Mall East
Philadelphia, PA 19106


Getty Images Us Inc
Po Box 953604
St. Louis, MO 63195-3604


Git Usa Food Inc
328 Cranford Rd
Cherry Hill, NJ 08003


Glasslight Studio
Po Box 310
3611 St Peters Rd
St. Peters, PA 19470


Glenn Grubard Design
2978 State Rte 209
Kingston, NY 12401


Goldhagen Studios
7 Goldhagen Studio Dr
Hayesville, NC 28904


Goodman Media International Inc
600 Fifth Ave - 2nd Fl
New York, NY 10020

Grainger Inc
Dept 867469991
Palantine, IL 60038-0001


Grant Thornton
33562 Treasury Ctr
Chicago, IL 60694-3500


Grant Thornton Llp
Ryan Maupin
757 Third Ave
9th Floor
New York, NY 10017


Great American Alliance Insurance Co
Legal Dept
301 East 4th St
Cincinnati, OH 45202


Greater New Jersey Motorcoach Ass
Executive Director's Office
Po Box 186
Washington, NJ 07882


Greater Philadelphia Area Docent
Consortium Judy Zipkin-grasso
Po Box 95
Solebury, PA 18963


Greater Philadelphia Cultural Alliance
The Philadelphia Building
1315 Walnut St Ste 732
Philadelphia, PA 19107

Gregory E Monaco
7 W Girard Ave
Philadelphia, PA 19123


Hachette Book Group Usa
Po Box 8828
Jfk Station
Boston, MA 02114-8828


Hadassah
Finance Dept
40 Wall St
New York, NY 10005


Hannah Labovitz
502 Christopher Cir
Pittsburg, PA 15205


Harpercollins Publishers
Po Box 360846
Pittsburgh, PA 15251-6846


Harvest Fund Raising Counsel
82 Colonial Dr
Newtown, PA 18940


Hillmans Bus Svc Inc
601-603 Cooper Road
Po Box 270
West Berliln, NJ 08091

```
Historic Philadelphia Inc
Alison English
150 S  Independence Mall West
Ste #550
Philadelphia, PA 19106


Homemade Goodies By Roz
510 South 5th St
Philadelphia, PA 19147



Houghton Mifflin Harcourt Publishing Co
14046 Collections Ctr Dr
Chicago, IL 60693



House Of Raasche
3120 S Ocean Blvd Ste 2-102
Palm Beach, FL 33480



Hub International Northeast Limited
Mary Asher & Dave Trudnak
480 Norristown Rd 2nd Fl
Blue Bell, PA 19422


Huneke Associates
Po Box 26881
Philadelphia, PA 19134



Ian Lander
137 Snyder Ave
Philadelphia, PA 19148
```

Ica-art Conservation
Intermuseum Conservation Assoc
2915 Detroit Ave
Cleveland, OH 44113


Impact Dimensions Llc
727 Hylton Rd
Pennsauken, NJ 08110


Ims Technology Svc Inc
3055 Mccann Farm Dr
Garnet Valley, PA 19060


Imw Independent Museum Works Llc
1645 Kater St
Philadelphia, PA 19146


Ingeneius Inc
24 Broad Common Rd
Bristal, RI 02809


Internal Revenue Svc
1111 Constitution Ave Nw
Washington, DC 20224


Internal Revenue Svc
Centralized Insolvency Operation
Po Box 7346
Philadelphia, PA 19101-7346

Internal Revenue Svc
Centralized Insolvency Operation
2970 Market St
Mail Stop 5 Q30 133
Philadelphia, PA 19104-5016


Irin Carmon
2037 Greene Ave #1
Ridgewood, NY 11385



Irs Internal Revenue Svc
10th St And Pennsylvania Ave Nw
Washington, DC 20530



Isabella Orloff
256 Worrell Dr
Springfield, PA 19064



Israel Giftware Designs
1280 Industrial Blvd
Southampton, PA 18966



Ivy Barsky
The Sterling
1815 John F Kennedy Blvd Apt 2303
Philadelphia, PA 19103



Iwave Information Systems
28 Hillstrom Ave
Charlottetown, PE C1E 2C5
Canada

J2food Llc Aka J Squared Food Llc
Jonathan Hartig
493 Amsterdam Ave 2b
New York, NY 10024


Jacobs Music
Terry Sikora Director
4030 Skyron Dr Ste F
Doylestown, PA 18901


Jacquelyn Osterblad
45 Maplewood Ter
Hamden, CT 06514


Jeanette Spevak Dash
547 Harvey Rd
Glenside, PA 19038


Jenkintown Building Svc Inc
1445 N 32nd St
Philadelphia, PA 19121


Jenna Beth Weiss
452 Park Pl - Apt 3h
Brooklyn, NY 11238


Jennifer Mannasse
3 Field St
Bedford Hills, NY 10507

Jeremiah Lockwood
65 Abrams Ct #108
Stanford, CA 94305


Jessi Melcer
1216 Christian St Apt #2f
Philadelphia, PA 19147


Jewish Community Ctr Ass Of Indianapolis
6701 Hoover Rd
Indianapolis, IN 46260


Jewish Community Ctr Of Atlantic County
501 N Jerome Ave
Margate, NJ 08402


Jewish Exponent Inside Mag
2100 Arch St
4th Floor
Philadelphia, PA 19103


Jewish Historical Society Of
Greater Hartford
333 Bloomfield Ave
West Hartford, CT 06117


Jewish Major Leaguers Inc
Bob Ruxin
12 Nickerson Rd
Lexington, MA 02421

Jewlia Eisenberg
2226 Woolsey St
Berkeley, CA 94705


Jimspinkcom
Jim Spinx  Ups Store
204 37th Ave N  Box 332
St. Petersburg, FL 33704


Jonathan Krasner
155 Pleasant St
Lexington, MA 02421


Jonathan Kremer Designs
6809 Fulton Ave
Ventnor, NJ 08406


Joy Stember Metal Arts Studio
1160 Easton Rd
Abington, PA 19001


Jrc Av Llc
111 Whitman Ave
Collingswood, NJ 08108


Judge Harold Berger
Museum Of American Jewish History
Paul Waimberg
101 S Independence Mall East
Philadelphia, PA 19106

Judit Leiser Designs
6019 Bel Fay Ln
Austin, TX 78749


Judith Batalion
144 West 27th St - Apt 7f
New York, NY 10001


Kaleidoscope Songs Llc
4449 Honey Suckle Ln
Doylestown, PA 18902


Karla Berbrayer
20 Dearsley Pl
Winnipeg, MB R3P2J5
Canada


Karla Gudeon Art And Design
12 Renwick Ave Ste 104
Kings Park, NY 11754


Karma Agency
Dba Alta Communications Inc
230 South Broad St
Ste #1650
Philadelphia, PA 19102


Kelsey N Borrowman
1018 S 51st St
Philadelphia, PA 19143

Kendra Ajuba
2555 Gladwyne Ave
Pennsauken, NJ 08109


Ketubah Ketubah Inc
163 Vaughan Rd
Toronto, ON M6C2L9
Canada


Kevin Shalz
Foxy Mug
21 Vassar Aisle
Irvine, CA 92612


Kevin Travers
10 Borbeck Ave
Rockledge, PA 19046


Kevin Walsh Videography
1222 Garfield Ave
Phoenixville, PA 19460


Khalil Munir
24 East Mount Pleasant Ave
Philadelphia, PA 19119


King Architectural Products Inc
31simpson Road
Bolton, ON L7E 2R6
Canada

Klez California Inc
6714 Gladys Ave
El Cerrito, CA 94530-2211


Kone Inc
Po Box 7247
Philadelphia, PA 19170-6082


Laura Ann Naide Munir
5720 Gladden Ct
Alexandria, VA 22303


Laura Elizabeth Adkins
270 W 95th St  Apt 2
New York, NY 10025


Lawrence Family Jewish Centers Of
San Diego County
4126 Executive Dr
La Jolla, CA 92037


Le Vin Llc
304 Old Lancaster Rd - Ste 100
Merion Station, PA 19066


Legacy Fine Gift And Judaica
1510 Schenectady Ave
Brooklyn, NY 11203

Leslie Rosen Catering
215 Ford Rd
Bala Cynwyd, PA 19004


Liddell Painting
323 Hampden Ave
Narberth, PA 19072


Lightning Jay
2046 South St
Philadelphia, PA 19146


Lindy Snider Dr Larry R Kaiser Snider
Museum Of American Jewish History
Paul Waimberg
101 S Independence Mall East
Philadelphia, PA 19106


Lisa P Bernstein
2850 Pebble Creek Rd
Ann Arbor, MI 48108


Little Warrior Media Llc
326 S 43rd St
Philadelphia, PA 19104


Living Arts Playback Theatre Ensemble
Aka Center For The Living Arts
1265 65th St
Emeryville, CA 94608

Llc Lukens And Wolf
Aka Valbridge Property Advisors
150 S Warner Rd  Ste 440
King Of Prussia, PA 19406


Llp Eisner Amper
Po Box 360635
Philadelphia, PA 15251-6635


Logan Schulman
1711 W Jefferson St
Philadelphia, PA 19121


Long Stems Inc
Keith Bell Owner
356 Montgomery Ave
Merion, PA 19066


Lukens And Wolf Llc
Aka Valbridge Property Advisors
Reaves Lukens Iii
150 S Warner Rd  Ste 440
King Of Prussia, PA 19406


Lynne Smilow
320 Walnut St Apt 206
Philadelphia, PA 19106


Mageworks Llc
419 East 3rd Ave
Runnemede, NJ 08078

Maggie Stern Stitches
Pennie Driscoll
148 Hawthorne Ln
Concord, MA 01742


Magical Sweet Shop
200 White Horse Rd
Voorhees, NJ 08043


Mai Schwartz
5139 Cedar Ave
Philadelphia, PA 19143


Majestic Giftware
5809 Foster Ave
Brooklyn, NY 11234


Mandala Research Llc
Laura Mandala
5108 Bellemede Ln
Alexandria, VA 22311


Mandel Jewish Community Ctr Of Cleveland
Deborah Bobrow Arts Director
26001 South Woodland
Beachwood, OH 44122


Mara Swift
148 N 2nd St
Philadelphia, PA 19106

Marathon Printing Inc
9 N 3rd St
Philadelphia, PA 19106


Margaret Susuni
220 Sandringham Rd
Cherry Hill, NJ 08003


Mark One Comics
Al Weisner
41 Villa Dr
Warminister, PA 18974


Matthew Lutchman
2413 S Reese St
Philadelphia, PA 19148


Mckernan Woollen Mills Ltd
On The Green Ballyquin
Tuamgraney
Co. Clare,  V94 R1W4
Ireland


Meir Cohen Ltd
32 Kibbutz Galuyot St
Tel Aviv,  6655014
Israel


Melissa A Krodman
1627 South Rosewood St
Philadelphia, PA 19145

Melissa Rose Klapper
40 Old Lancaster Rd - Apt 506
Merion Station, PA 19066


Metalace Art No
51470733-0
3 Hahkon St
Kear Truman,   73150
Israel


Metrocorp Publishing
Aka Philadelphia Magazine
601 Walnut St - Ste #200
Philadelphia, PA 19106


Metrokids Magazine
1412-1414 Pine Street
Philadelphia, PA 19102


Mgmt
55 Washington St
Ste 704
Brooklyn, NY 11201


Mi Polin
Akademickie Inkubatory Przedsieiorczosci
Ul Piekna 68
00-672warszawa Ul.,
Poland


Michael And Perri Swift
Museum Of American Jewish History
Paul Waimberg
101 S Independence Mall East
Philadelphia, PA 19106

```
Michael Bromberg
2167 63rd St
Brooklyn, NY 11204




Michael D Kelly
9857 Nw 3rd Ct
Plantation, FL 33324




Michael S Glickman
4 Garden St
Great Neck, NY 11021




Michael Steinlauf
308 Carpenter Ln
Philadelphia, PA 19119




Michaelson Entertainment
36 Cabrillo Ter
Aliso Viejo, CA 92656




Michelle Judaica And Jewelry
5449 Oakdale Ave
Woodland Hills, CA 91364




Mikhail Galperin
163 Congress St
Brooklyn, NY 11201
```

Mindy A Schreff
452 Elmwood Ave
Maplewood, NJ 07040


Minna Ziskind
7007 Lincoln Dr
Philadelphia, PA 19119


Miriam Peretz
Esther Frankel
446 Vermont Ave
Berkeley, CA 94707


Miriam R Haier
304 Pavonia Ave - Apt 303
Jersey City, NJ 07302


Mitchell A Levin
202 24th St Dr Se
Cedar Rapids, IA 52403


Modgy
A Division Of Eppco Enterprises
544 South Green Rd
Cleveland, OH 44121


Mps
Accounts Receivable
Po Box 930668
Atlanta, GA 31193-0668

Mr Alan J And Dr Julie Goldman Hoffman
Museum Of American Jewish History
Paul Waimberg
101 S Independence Mall East
Philadelphia, PA 19106


Mr Alec And Mrs Pamela Ellison
Museum Of American Jewish History
Paul Waimberg
101 S Independence Mall East
Philadelphia, PA 19106


Mr And Mrs Mitchell L Morgan
Museum Of American Jewish History
Paul Waimberg
101 S Independence Mall East
Philadelphia, PA 19106


Mr And Mrs Mitchell L. Morgan
Morgan Properties
160 Clubhouse Rd Ste 3002
King Of Prussia, PA 19406


Mr And Mrs Philip M Darivoff
Dfg Investment Advisers And
Vibrant Capital Partners
747 3rd Ave 38th Floor
New York, NY 10017


Mr And Mrs Philip M Darivoff
Museum Of American Jewish History
Paul Waimberg
101 S Independence Mall East
Philadelphia, PA 19106


Mr And Mrs Ronald Rubin
Rubin Group Pa
200 South Broad St 3rd Floor
Philadelphia, PA 19102

Mr And Mrs Ronald Rubin
Museum Of American Jewish History
Paul Waimberg
101 S Independence Mall East
Philadelphia, PA 19106


Mr And Mrs Sidney Kimmel
Matthew Kamens
Cozen Oconnor
1650 Market St Ste 2800
Philadelphia, PA 19103


Mr And Mrs Stephen A Cozen
Cozen Oconnor
1650 Market St Ste 2800
Philadelphia, PA 19103


Mr And Mrs Stephen Cozen
Museum Of American Jewish History
Paul Waimberg
101 S Independence Mall East
Philadelphia, PA 19106


Mr Andrew And Mrs Jacqueline Klaber
Museum Of American Jewish History
Paul Waimberg
101 S Independence Mall East
Philadelphia, PA 19106


Mr Brett J & Mrs Jennifer Ann Schulman
Museum Of American Jewish History
Paul Waimberg
101 S Independence Mall East
Philadelphia, PA 19106


Mr Daniel A And Mrs Rebecca Shapiro
Museum Of American Jewish History
Paul Waimberg
101 S Independence Mall East
Philadelphia, PA 19106

Mr Daniel Promislo
Museum Of American Jewish History
Paul Waimberg
101 S Independence Mall East
Philadelphia, PA 19106


Mr Joseph S Zuritsky
Parkway Corp
150 North Broad St
Philadelphia, PA 19102


Mr Joseph S Zuritsky
Museum Of American Jewish History
Paul Waimberg
101 S Independence Mall East
Philadelphia, PA 19106


Mr Mark T And Mrs Ellen S Oster
Museum Of American Jewish History
Paul Waimberg
101 S Independence Mall East
Philadelphia, PA 19106


Mr Matthew And Mrs Carrie Pestronk
Museum Of American Jewish History
Paul Waimberg
101 S Independence Mall East
Philadelphia, PA 19106


Mr Philip Balderston
Museum Of American Jewish History
Paul Waimberg
101 S Independence Mall East
Philadelphia, PA 19106


Mr Richard E And Mrs Lisa Witten
The Orienta Group
1445 Flagler Dr
Mamaroneck, NY 10543

Mr Samuel J And Mrs Selma Savitz
Museum Of American Jewish History
Paul Waimberg
101 S Independence Mall East
Philadelphia, PA 19106


Mr Scott K And Mrs Terri B Akman
Museum Of American Jewish History
Paul Waimberg
101 S Independence Mall East
Philadelphia, PA 19106


Mr Thomas O And Mrs Elissa E Katz
Museum Of American Jewish History
Paul Waimberg
101 S Independence Mall East
Philadelphia, PA 19106


Mrs Etta Z Winigrad
Parkway Corp
150 North Broad St
Philadelphia, PA 19102


Mrs Gennifer And Mr Elijah Dornstreich
Museum Of American Jewish History
Paul Waimberg
101 S Independence Mall East
Philadelphia, PA 19106


Mrs Gwen D Goodman
Museum Of American Jewish History
Paul Waimberg
101 S Independence Mall East
Philadelphia, PA 19106


Mrs Lyn M Ross
Matthew Kamens
Cozen Oconnor
1650 Market St Ste 2800
Philadelphia, PA 19103

Mrs Lyn M Ross
Museum Of American Jewish History
Paul Waimberg
101 S Independence Mall East
Philadelphia, PA 19106


Mrs Miriam A And Mr Allan A Schneirov
Museum Of American Jewish History
Paul Waimberg
101 S Independence Mall East
Philadelphia, PA 19106


Mrs Sharon T And Mr Joseph D Kestenbaum
Museum Of American Jewish History
Paul Waimberg
101 S Independence Mall East
Philadelphia, PA 19106


Mrs Susanna Lachs And Mr Dean S Adler
Museum Of American Jewish History
Paul Waimberg
101 S Independence Mall East
Philadelphia, PA 19106


Ms Elaine Lindy
Museum Of American Jewish History
Paul Waimberg
101 S Independence Mall East
Philadelphia, PA 19106


Ms Laury Saligman
Museum Of American Jewish History
Paul Waimberg
101 S Independence Mall East
Philadelphia, PA 19106


Ms Sherrie R Savett
Museum Of American Jewish History
Paul Waimberg
101 S Independence Mall East
Philadelphia, PA 19106

Muse-on Llc
Michael S Glickman
4 Garden St
Great Neck, NY 11021


Museum Store Products
430 Sandshore Rd
Units 3-5
Hackettstown, NJ 07840


Nalco Water
999 S Oyster Bay Rd  Ste 108
Bethpage, NY 11714


Nalco Water Aka Cascade Water Svc Inc
999 South Oyster Bay Rd
Site #108
Bethpage, NY 11714


National Elevator Inspection Svc Inc
Po Box 503067
St Louis, MD 63150-3067


National Museum Of American
Jewish History
101 S Independence Mall East
Philadelphia, PA 19106


Navigators Insurance Co
Legal Dept
One Penn Plz
32nd Floor
New York, NY 10119

```
Nelles Studios
11672 Us 31
Po Box 428
Elk Rapids, MI 49629



Nelson Line Inc
102 Commerce Dr #6
Mooresrown, NJ 08057



Neopost
2304 Tarpley Rd
Ste 134
Carrolton, TX 75006



Nicholas Belotto
22100 Palms Way #104
Boca Raton, FL 33433



Occupational Safety And Health Admin
The Curtis Ctr Ste 740 West
170 S Independence Mall West
Philadelphia, PA 19106-3309



Office Basics Inc
Po Box 2230
Boothwyn, PA 19061



Old City Community Fund
Old City District's Office
231 Market St
Philadelphia, PA 19106
```

Old City District Banner Program
231 Market St
Philadelphia, PA 19106


Omatic Software Llc
3200 N Carolina Ave
Charleston, SC 29405


One Hour Messengers
Aka Am Expediting Logistics Llc
801 Primos Ave
Folcroft, PA 19032


Oregon Jewish Museum And Center For
Holocaust Education
724 Nw Davis St
Portland, OR 97209


Ornament Xpress
801 Philadelphia Ave
Shillington, PA 19607


Pa Dept Of Labor And Industry
Bureau Of Occupational And Ind Safety
Po Box 68572
Harrisburg, PA 17106-8572


Pa Dept Of Labor And Industry
Office Of Chief Counsel
444 N Third St
Ste 200
Philadelphia,  19123

Parmetech Inc
137 W Eagle Rd
Havertown, PA 19083


Party Rental Ltd
Lockbox 1123
Po Box 95000
Philadelphia, PA 19195-1123


Pasquarello Plumbing
2421 S 17th St
Philadelphia, PA 19145


Pastperfect Software Co Inc
300 N Pottstown Pike
Ste 200
Exton, PA 19341


Peco
Po Box 37632
Philadelphia, PA 19101


Peco
Legal Dept
2301 Market St
Philadelphia, PA 19103


Peco Energy
Payment Processing
Po Box 37632
Philadelphia, PA 19101-0629

Penguin Random House Llc
Po Box 223384
Pittsburgh, PA 15251-2384


Penncora Productions Inc
Po Box 581
Oaks, PA 19456-0581


Pennsylvania Attorney General
Josh Shapiro
1600 Strawberry Square
16th Fl
Harrisburg, PA 17120


Pennsylvania Attorney General
Bureau Of Consumer Protection
16 Fl Strawberry Square
Harrisburg, PA 17120


Pennsylvania Department Of
Environmental Protection
Rachel Carson
State Office Bldg 400 Market St
Harrisburg, PA 17101


Pennsylvania Department Of Conservation
And Natural Resources
Rachel Carson
State Office Bldg 6th Floor
Harrisburg, PA 17105-8522


Pennsylvania Dept Of Labor And Industry
Office Of Cheif Counsel
651 Boas St
10th Fl Labor & Industry Bldg
Harrisburg, PA 17121-0751

Pennsylvania Dept Of Revenue
11 Strawberry Square
Harrisburg, PA 17128


Pennsylvania Dept Of Revenue
Bankruptcy Division
Dept 280946
Harrisburg, PA 17128-0946


Pennsylvania State Treasury
Office Of Unclaimed Property
Po Box 1837
Harisburg, PA 17105-1383


Pgw
Po Box 11700
Newark, NJ 07101


Pgw
Legal Dept
800  W Montgomery Ave
Philadelphia, PA 19122


Philadelphia Historic
Neighborhood Consortium
Mike Adams President Phnc
525 Arch St
Philadelphia, PA 19106


Philadelphia Indemnity Insurance Co
One Bala Plz
Ste 100
Bala Cynwyd, PA 19004

Philadelphia Insurance Companies
Po Box 70251
Philadelphia, PA 19176-0251


Philadelphia Water Dept
Po Box 41496
Philadelphia, PA 19101


Philadelphia Water Dept
Legal Dept
1101 Market St 5th Floor
Philadelphia, PA 19107


Philadelphia Yearly Meeting
Joyce David
1515 Cherry St
Philadelphia, PA 19102


Philly Transportation Llc
600 Brooke Raod
Glenside, PA 19038


Pics Princeton Internships In Civic Svc
Christopher Cameroni
Office Of The Vp For Fin  And Treasurer
701 Carnegie Ctr Ste 435d
Princeton, NJ 08540


Pitney Bowes Global Financial Svc
Virginia M Vogt  A C Mgr
Richmond North Associates Inc
4955 North Bailey Ave Ste 109
Amherst, NY 14226

Pitney Bowes Purchase Power
Po  Box 371874
Pittsburgh, PA 15250-7874


Poe Communications
110 Riverside Dive 10e
New York, NY 10024


Popcorn Movie Poster Co Llc
1 Cherry St
East Hartford, CT 08108


Premiere Global Svc
Po Box 404351
Atlanta, GA 30384-4351


Pro Vision Productions Inc
404 Industrial Pk Dr
Yeadon, PA 19050


Quench Usa Inc
Po Box 781393
Philadelphia, PA 19178-1393


Quest Collection
49 West 37th St
16th Floor
New York, NY 10018

Quilling Card Llc
47 Mellen St
Framingham, MA 01702


Rabbi Lance Sussman
Reform Congregation Keneseth Istael
8339 Old York Rd
Elkins Park, PA 19027


Rachel Shaw
114 Diamond St
Philadelphia, PA 19122


Rebecca Powell
23947 Califa St
Woodland Hills, CA 91367


Red Hawk Fire And Security
Aka Security And Data Technologies
Po Box 530212
Atlanta, GA 30353-0212


Reena Friedman
1154 Willard Rd
Hunting Valley, PA 19006


Republic Svc #323
Po Box 9001099
Louisville, KY 40290-1099

Rethinktank
1023 Fitzwater St
Philadelphia, PA 19147


Rider University
Pamela Pruitt
2083 Lawrenceville Rd
Lawrenceville, NJ 08648


Rina Levinson
475 W 186th St  Apt 6c
New York, NY 10033


Rite Lite Ltd
333 Stanley Ave
Brooklyn, NY 11207


Robert Saligman Charitable Foundation
3 Bala Plz
Ste 501w
Bala Cynwyd, PA 19004


Robert Saslow Design
13746 Runnymede St
Van Nuys, CA 91405


Rochelle Buller Rabeeya
138 High School Rd
Elkins Park, PA 19027

Rock Scissor Paper
11851 Glencrest Dr
San Fernando, CA 91340


Roco Films International Llc
Roco Fillms Educational
80 Liberty Ship Way - Ste 8
Sausalito, CA 94965


Ronit Muszkatblit
263 East 7th St
New York, NY 10009


Royal Bobbles
5885 Shiloh Rd
Ste 101
Alpharetta, GA 30005


Rube Goldberg Inc
40 West 77th St 1h
New York, NY 10024


Ryan Bott
1225 South 24th St
Philadelphia, PA 19146


S Walter Packaging Corp
Po Box 71225
Philadelphia, PA 19176-6225

Sara Kety Llc
400 Tenafly Rd #397
Tenafly, NJ 07670


Sara Laver
1901 Walnut St
Apartment 19c
Philadelphia, PA 19103


Sarah Lefton
2330 Sacramento St
Berkeley, CA 94702


Sarah Levy
736 South Poplar St
Denver, CO 80224


Sea Lily
860 Johnson Ferry Rd
Ste 140-206
Atlanta, GA 30342


Shana Knizhinik
359 Douglas St 3
Brooklyn, NY 11217


Shardz Inc
22311 Ventura Blvd Ste 111
Woodland Hills, CA 91364

Shira Yudkoff
Aka Shira Yudkoff Photography
1101 Washington Ave - Apt 301
Philadelphia, PA 19147


Showorks Audio Visual Inc
730 Philadelphia Pike
Wilmington, DE 19809


Siani Chanel Johnson
1434 N 7th St
Philadelphia, PA 19122


Simon And Shuster Inc
Po Box 70660
Chicago, IL 60673-0660


Skirball Cultural Center
2701 N Sepulveda Blvd
Los Angeles, CA 90049-6833


Smithsonian Institution
Ar Clearing Account
24133 Network Pl
Chicago, IL 60673-1241


Social Security Administration
Office Of Gen Counsel Region 3
300 Spring Gdn St
Philadelphia, PA 19123

Solutionsmbaf Llc
3150 S W 38th Ave 12th Flr
Miami, FL 33146


Sophia Efremoff
55 W Johnson St
Philadelphia, PA 19144


Sos Of Pennsylvania
Kathy Boockvar
302 North Office Building
Harrisburg, PA 17120


Spike's Trophies Limited
2701 Grant Ave
Philadelphia, PA 19114


Staples Business Credit
Po Box 105638
Atlanta, GA 30348-5638


Starnet Insurance Co
Wr Berkley Corp
Legal Dept
475 Steamboat Rd
Greenwich, CT 06830


State Of Pennsylvania
Pennsylvania Dept Of Labor And Industry
7th And Forster St Room 915
Harrisburg, PA 17121-0001

```
State Of Pennsylvania
Bureau Of Workers Compensation
Dept Of Labor And Industry
1171 S Cameron St Rm 324
Harrisburg, PA 17104-2501


Sterling Corp
27 Sterling Rd
Billerica, MA 01862



Steve Rogers
151 Bridge Ave
Red Bank, NJ 07701



Steven I Ramm Cpa
420-b Fitzwater St
Philadelphia, PA 19147



Steven Marc Chervin
300 Alexander Ct #1203
Philadelphia, PA 19103



Stokes Equipment Co
1001 Horsham Rd
Po Box 289
Horsham, PA 19044



Streamline Design Dba Lucy Lu Designs
2660 Walnut St
Denver, CO 80205
```

Surveillance  Video
387 Canal St
New York, NY 10013


Swank Motion Pictures Inc
2844 Paysphere Cir
Chicago, IL 60674


Tamar Livant-arieh
25 Woodside Ferrce 6
West Orange, NJ 07052


Tech Acumen
2222 Foothill Blvd Ste E-351
La Canada, CA 91011


Telesy Stem Block Line Systems
Po Box 826590
Philadelphia, PA 19182


Telesy Stem Block Line Systems
Legal Dept
2700 Oregon Rd
Northwood, OH 43619


Telesystem Aka Block Line Systems
Po Box 826590
Philadelphia, PA 19182-6590

```
Terminix Processing Center
Po Box 742592
Cincinnati, OH 45274-2592




Texas Workforce Commission
Bankruptcy Unit Rm 556
101 E 15th St
Austin, TX 78778




The 3 Sisters Design Co
408 27th St West
Bradenton, FL 34205




The Card Bureau
5414 Port Royal Rd #202
Springfield, VA 22151




The Clay Studio
137-139 N Second St
Philadelphia, PA 19106




The Creative Group Inc
440 S Broad St
Philadelphia, PA 19146




The Found
3401 N Kedzie Ave
Chicago, IL 60618-5619
```

The Granger Collection
381 Park Ave South
New York, NY 10016-8806


The Honorable Constance H And
Dr Sankey V Williams
Hess Foundation
4 Becker Rd
Roseland, NJ 07068


The Jewish Museum Shops
1109 Fifth Ave
New York, NY 10128


The Knot Worldwide Inc
Aka Weddingpages Inc
Po Box 32177
New York, NY 10087-2177


The Lighting Design Group
49 West 27th St Ste 920
New York, NY 10001


The Mark Rossier Pottery
Po Box 302
400 Franklin St
Niwot, CO 80544


The Philadelphia Inquirer Llc
801 Market St Ste #300
Philadelphia, PA 19107

The Printers Place
1310 Walnut St
Philadelphia, PA 19107

The Temple Judea Museum Of Reform
Congregation Keneseth Israel
8339 Old York Rd
Elkins Park, PA 19027-1597

The Unemployed Philosophers Guild
105 Atlantic Ave
Brooklyn, NY 11201

Theater  The 14th Street Y
Educational Alliance Inc
344 East 14th St
New York, NY 10003

Thomas Co Inc
6587 Delilah Rd
Egg Harbor Township, NJ 08234

Thumbprint Artifacts
2440 Pontiac Dr
Sylvan Lake, MI 48320

Total Concept Graphics
519 8th Avenue- Ste 805a
New York City, NY 10018

Triliteral Llc
100 Maple Ridge Dr
Cumberland, RI 02864-1769

Ugi
Po Box 827032
Philadelphia, PA 19182

Ugi
Legal Dept
1 Ugi Dr
Denver, PA 17517

Ugi Energylink Svc Llc
Po Box 827032
Philadelphia, PA 19182

Uline
Accounts Receivable
Po Box 88741
Chicago, IL 60680-1741

Umb
Umb Bank Na
Po Box 414589
Kansas City, MO 64141-4589

Umb Bank
Laura Roberson
2 South Broadway
Ste 600
St Louis, MO 63102

Uncle Goose
1048 Ken-o-sha Industrial Dr
Grand Rapids, MI 49508


Union For Reform Judaism
North American Events
633 3rd Ave 7th Fl
New York, NY 10017


Us Art Co Inc
Accounts Receivable
66 Pacella Parl Drie
Randolph, MA 02368


Us Attorneys Office
Eastern District Of Pennsylvania
William M Mcswain
615 Chestnut St Ste 1250
Philadelphia, PA 19106


Us Dept Of Labor
Occupational Safety Health Admin Osha
Office Of Chief Counsel
200 Constitution Ave Nw
Washington, DC 20210


Us Dept Of Labor Osha
Osha Region 3
The Curtis Ctr Ste 740 West
170 S Independence Mall West
Philadelphia, PA 19106


Us Epa Region 3
Office Of Regional Counsel
1650 Arch St
Philadelphia, PA 19103-2029

Us Equal Employment Opportunity Comm
Office Of Chief Counsel
131 M St Ne
Washington, DC 20507


Valley Forge Tourism And
Convention Board
1000 First Ave Ste 101
King Of Prussia, PA 19406


Vasoli Electric Co Inc
1430 Ulmer Ave
Po Box 89
Oreland, PA 19075


Verizon
Po Box 4830
Trenton, NJ 08650


Verizon
Legal Dept
One Verizon Way
Basking Ridge, NJ 7920


Verizon
Po Box 15124
Albany, NY 12212


Verizon Wireless
Po Box 25505
Lehigh Valley, PA 18002

Verizonwireless
Po Box 25505
Leigh Valley, PA 18002-5505


Vision Furniture International
4211 Van Kirk St
Philadelphia, PA 19135


Vision Graphics
221 Chestnut St Ste 100
Philadelphia, PA 19106


Voip
Po Box 660831
Dallas, TX 75266


Voip
Legal Dept
75 Street Rd
Southhampton, PA 18966-3103


Voip Networks Inc
Po Box 660831
Dallas, TX 75266-0831


Wa State Jewish Historical Society
3801 Mercer Way
Mercery Island, WA 98040

Wakeby Fire And Associates
22 Bates Rd Ste 295
Mashpee, MA 02649


Washington Intelligence Bureau
4128 Pepsi Pl
Chantilly, VA 20151


Water Revenue Bureau
Po Box 41496
Philadelphia, PA 19101-1496


Waters Edge Studios Inc
7595 Sw 17 Pl
Ocala, FL 34474


Wells Fargo Bank
601 Chestnut St
Philadelphia, PA 19106


Wells Fargo Bank
Kevin Beaford
123 S Broad St
Philadelphia, PA 19109


West Health Advocate Solutions Inc
Aka Healthadvocate Solutions
Po Box 561509
Denver, CO 80256-1509

```
Whyy
Independence Mall West
150 N 6th St
Philadelphia, PA 19106




Willard A Steigerwald
927 Bainbridge St
Philadelphia, PA 19147




Windy Jones
45 Maplewood Ter
Hamden, CT 06514




Workman Publishing Co
225 Varick St
New York, NY 10014-4381




Wrt Llc  Aka Wallace Roberts And Todd
1700 Market St Ste 2800
Philadelphia, PA 19103




Ww Norton And Co Inc
Felice Mello
500 Fifth Ave
New York, NY 10110




Yellowbird Bus Co Inc
Po Box 22235
Philadelphia, PA 19136
```

York Graphic Svc Co
3650 West Market St
York, PA 17404


Zpots
21 Grassy Brook Rd
Brookline, VT 05345


Zurich American Insurance Co
Legal Dept
1299 Zurich Way
Schaumburg, IL 60196