**Schedule 3.07(A)**

**[1111(b) payments schedule]**

121068257_4

National Museum of American Jewish History
1111(b) Calculation

| | Fiscal Year | Payment Amount | Cumulative Payments | |
|---|---|---|---|---|
| Year 1 | FY2021 | 50,000 | 50,000 | |
| Year 2 | FY2022 | 50,000 | 100,000 | |
| Year 3 | FY2023 | 100,000 | 200,000 | |
| Year 4 | FY2024 | 100,000 | 300,000 | |
| Year 5 | FY2025 | 200,000 | 500,000 | |
| Year 6 | FY2026 | 200,000 | 700,000 | |
| Year 7 | FY2027 | 200,000 | 900,000 | |
| Year 8 | FY2028 | 200,000 | 1,100,000 | |
| Year 9 | FY2029 | 200,000 | 1,300,000 | |
| Year 10 | FY2030 | 200,000 | 1,500,000 | |
| Year 11 | FY2031 | 200,000 | 1,700,000 | |
| Year 12 | FY2032 | 200,000 | 1,900,000 | |
| Year 13 | FY2033 | 200,000 | 2,100,000 | |
| Year 14 | FY2034 | 200,000 | 2,300,000 | |
| Year 15 | FY2035 | 300,000 | 2,600,000 | |
| Year 16 | FY2036 | 300,000 | 2,900,000 | |
| Year 17 | FY2037 | 300,000 | 3,200,000 | |
| Year 18 | FY2038 | 300,000 | 3,500,000 | |
| Year 19 | FY2039 | 300,000 | 3,800,000 | |
| Year 20 | FY2040 | 300,000 | 4,100,000 | |
| Year 21 | FY2041 | 300,000 | 4,400,000 | |
| Year 22 | FY2042 | 300,000 | 4,700,000 | |
| Year 23 | FY2043 | 300,000 | 5,000,000 | |
| Year 24 | FY2044 | 300,000 | 5,300,000 | |
| Year 25 | FY2045 | . | 5,300,000 | |
| Year 26 | FY2046 | 11,013,280 | 16,313,280 | ** BNB loan book value as of 1/31/2020 |