-2-

**Schedule 6.02**
**[Assumed Contracts]**

**TO BE PROVIDED**

121068257_4