*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re:    Chapter: 11

    Museum of American Jewish History, d/b/a National

        Debtor(s)    Bankruptcy No: 20−11285−mdc

***O R D E R***

**AND NOW,** this 2nd day of March 2020 , the debtor having failed to file or submit with the petition all of the documents required by Fed. R. Bankr. P. 1007,

It is hereby ORDERED that:

1. This case **MAY BE DISMISSED WITHOUT FURTHER NOTICE** if the documents listed below are not filed by deadline also listed below:

    Documents and Deadline

    Proper Form of Petition due 3/15/2020
    Schedule A/B due 3/15/2020
    Schedule D due 3/15/2020
    Schedule E/F due 3/15/2020
    Schedule G due 3/15/2020
    Schedule H due 3/15/2020
    Statement of Financial Affairs due 3/15/2020
    Statistical Summary of Certain Liabilities Form B206 due 3/15/2020

2. Any request for an extension of time must be filed prior to the expiration of the deadlines listed above in Paragraph 1.

By the Court

Magdeline D. Coleman
Chief Judge , United States Bankruptcy Court

25
Form 130