# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | : Chapter 11 |
| Museum of American Jewish History, d/b/a National Museum of American Jewish History | : Case No. 20-11285 (MDC) |
| Debtor. | : |

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK   )
                    )  ss:
COUNTY OF KINGS     )

I, John Burlacu, declare:

1. I am over the age of 18 years and not a party to this chapter 11 case.

2. I am employed by Donlin, Recano & Company, Inc. ("DRC"), 6201 15th Avenue, Brooklyn, NY 11219.

3. On the 3rd day of April, 2020, at my direction and under my supervision, employees of DRC caused to serve the following documents:

    a) Local Rule 2016-5 First Request for Payment on Account for Compensation and Reimbursement of Expenses of Dilworth Paxson LLLP, Counsel for the Debtor, for the Period March 1, 2020 through March 31, 2020 (Docket No. 148); and

    b) Notice of Local Rule 2016-5 First Request for Payment on Account for Compensation and Reimbursement of Expenses of Dilworth Paxson LLP, Counsel for Debtor, for the Period March 1, 2020 through March 31, 2020 (Docket No. 149),

via electronic mail upon the parties as set forth in Exhibit 1; and via First Class US Mail upon the parties as set forth in Exhibit 2, attached hereto.

I declare under penalty of perjury that the foregoing is true and correct to the best of my personal knowledge. Executed this 4th day of May, 2020, Brooklyn, NY.

By _____
John Burlacu

Sworn before me this
4th day of May, 2020

_____
Notary Public

SUNG JAE KIM
NOTARY PUBLIC STATE OF NEW YORK
QUEENS COUNTY
LIC. #01KI6211176
MY COMM. EXP. SEPTEMBER 14, 2021

NMAJH00012

# EXHIBIT 1

## Museum of American Jewish History
## Electronic Mail
### Exhibit Page

Page # : 1 of 1                                                                                                04/03/2020 08:48:02 PM

| 000016P002-1427S-012 | 000041P001-1427S-012 | 000041P001-1427S-012 | 000001P002-1427S-012 |
|---|---|---|---|
| CITY OF PHILADELPHIA | HANKIN SANDMAN PALLADINO WEINTROB & BELL PC | HANKIN SANDMAN PALLADINO WEINTROB & BELL PC | OFFICE OF THE US TRUSTEE |
| MEGAN N HARPER,ESQ | COLIN G BELL, ESQ | COLIN G BELL, ESQ | KEVIN P CALLAHAN, TRIAL ATTORNEY |
| WATER REVENUE DEPT | 30 SOUTH NEW YORK AVENUE | 30 SOUTH NEW YORK AVENUE | 200 CHESTNUT ST |
| MUNICIPAL SERVICES BUILDING | ATLANTIC CITY NJ 08401 | ATLANTIC CITY NJ 08401 | STE 502 |
| 1401 JOHN F KENNEDY BLVD, 5TH FLOOR | COLING@HANKINSANDMAN.COM | AMYL@HANKINSANDMAN.COM | PHILADELPHIA PA 19106-2912 |
| PHILADELPHIA PA 19102- 1595 | | | KEVIN.P.CALLAHAN@USDOJ.GOV |
| MEGAN.HARPER@PHILA.GOV | | | |
| | | | |
| 000039P001-1427S-012 | 000038P001-1427S-012 | | |
| VENZIE CONSTRUCTION LAW LLC | WEBER GALLAGHER SIMPSON ET AL. | | |
| JEFFREY C VENZIE, ESQ | PETER E MELTZER, ESQ. | | |
| 600 EAGLEVIEW BLVD.,STE 300 | 2000 MARKET STREET | | |
| EXTON PA 19341 | SUITE 1300 | | |
| JEFF@VENZIELAW.COM | PHILADELPHIA PA 19103 | | |
| | PMELTZER@WGLAW.COM | | |

Records Printed :    6

# EXHIBIT 2

# Museum of American Jewish History
## Exhibit Page

Page # : 1 of 1          04/03/2020 08:46:42 PM

000016P002-1427S-012
CITY OF PHILADELPHIA
MEGAN N HARPER,ESQ
WATER REVENUE DEPT
MUNICIPAL SERVICES BUILDING
1401 JOHN F KENNEDY BLVD, 5TH FLOOR
PHILADELPHIA PA 19102- 1595

000041P001-1427S-012
HANKIN SANDMAN PALLADINO WEINTROB & BELL PC
COLIN G BELL, ESQ
30 SOUTH NEW YORK AVENUE
ATLANTIC CITY NJ 08401

000001P002-1427S-012
OFFICE OF THE US TRUSTEE
KEVIN P CALLAHAN, TRIAL ATTORNEY
200 CHESTNUT ST
STE 502
PHILADELPHIA PA 19106-2912

000039P001-1427S-012
VENZIE CONSTRUCTION LAW LLC
JEFFREY C VENZIE, ESQ
600 EAGLEVIEW BLVD.,STE 300
EXTON PA 19341

000038P001-1427S-012
WEBER GALLAGHER SIMPSON ET AL.
PETER E MELTZER, ESQ.
2000 MARKET STREET
SUITE 1300
PHILADELPHIA PA 19103

Records Printed : 5