# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | : Chapter 11 |
| | : |
| Museum of American Jewish History, d/b/a National Museum of American Jewish History | : Case No. 20-11285 (MDC) |
| | : |
| Debtor. | : |

**CERTIFICATION OF NO OBJECTION (NO ORDER REQUIRED) REGARDING LOCAL RULE 2016-5 FIRST REQUEST FOR PAYMENT ON ACCOUNT FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF DONLIN, RECANO & COMPANY, INC., ADMINISTRATIVE ADVISOR FOR THE DEBTOR, FOR THE PERIOD MARCH 9, 2020 THROUGH MARCH 31, 2020**

I, Peter C. Hughes, of the law firm of Dilworth Paxson LLP ("Dilworth"), counsel to the Museum of American Jewish History, d/b/a National Museum of American Jewish History (the "Debtor"), hereby certify as follows:

1. On April 17, 2020, Donlin, Recano & Company, Inc. filed an Application pursuant to Local Rule 2016-5 First Request for Payment on Account for Compensation and Reimbursement of Expenses of Donlin, Recano & Company, Inc., Administrative Advisor for the Debtor, for the Period March 9, 2020 Through March 31, 2020 (the "Application") (Docket No. 167).

2. Objections to the Application were due by May 1, 2020.

3. The time for response has now expired and no objection or other response has been filed.

4. In accordance with Local Bankruptcy Rule 2016-5(h), upon receipt of this certification, which indicates that no timely objections have been filed, the Debtor is authorized to pay Donlin, Recano & Company, Inc. eighty percent (80%) of the $3,112.40 requested in fees, or $2,489.92.

5. No Order of the Court is required for such payment to be made.

121312399_1

|  |  |
|---|---|
| Dated: <u>May 5, 2020</u><br>       Philadelphia, Pennsylvania | /s/  Peter C. Hughes<br>**DILWORTH PAXSON LLP**<br>Lawrence G. McMichael<br>Peter C. Hughes<br>Yonit A. Caplow<br>1500 Market St., Suite 3500E<br>Philadelphia, PA 19102<br>Telephone:  (215) 575-7000<br>Facsimile:  (215) 575-7200<br><br>*Counsel for the Debtor and Debtor-in-Possession* |