# **EXHIBIT A**

# **[PROPOSED ORDER]**

121574058_1

# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| Museum of American Jewish History, d/b/a National Museum of American Jewish History | : : | Case No. 20-11285 (MDC) |
| | : | |
| Debtor. | : | |

### ORDER REGARDING DETERMINATION OF VALUE OF REAL PROPERTY

AND NOW, upon consideration of the Debtor's Motion for Entry of an Order Determining the Value of the Debtor's Real Property (the "Motion"), any responses thereto, and the evidence presented at the hearing on this matter, the Court hereby ORDERS and DECREES as follows:

1. The value of the real property of the Debtor, consisting of the land and improvements located at 101 South Independence Mall East, Philadelphia, PA (the "Real Property"), is determined by the Court to be $_____.

2. To the extent that value of the personal property of the Debtor which is subject to a lien or security interest must be determined, such value shall be determined at a later date.

_____
Hon. Magdeline D. Coleman
Chief United States Bankruptcy Judge