# EXHIBIT C

**UNITED STATES BANKRUPTCY COURT**
**FOR EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re : | Case No.: 20-11285-mdc |
| Museum of American Jewish History, d/b/a : | Chapter 11 |
| National Museum of American Jewish History : | |
| Debtor. : | |

**ORDER GRANTING MOTION IN LIMINE OF UMB BANK, AS**
**INDENTURE TRUSTEE, AND BNB BANK TO PRECLUDE EXPERT**
**TESTIMONY AND/OR REPORTS AT THE VALUATION HEARING**

Upon the Motion of UMB Bank, National Association, as successor Trustee under the June 30, 2015 Trust Indenture between Philadelphia Authority for Industrial Development and TD Bank, N.A., as original Trustee (hereafter the "Indenture Trustee" or "UMB"), and BNB Bank to Preclude Expert Testimony and/or Reports at the Valuation Hearing (the "Motion")[1] and sufficient cause appearing therefor, it is HEREBY ORDERED that:

1. The Motion is granted because the Lukens Appraisal values the Real Property for adaptive reuse and does not value it as a museum as required by Section 506(a) of the Bankruptcy Code.

2. The Lukens Appraisal is excluded from evidence to be considered by the Court at the Valuation Hearing and Reaves Lukens III (and any other representative of Valbridge Property Advisors) are precluded from testifying at the Valuation Hearing.

Dated: September __, 2020
Philadelphia, Pennsylvania

_____
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge

---

[1] Capitalized terms used but not defined herein shall have the meanings given to such terms in the Motion.

2346788v1