## EXHIBIT B

Liquidation Analysis

121076456_6

**National Museum of American Jewish History**
**Liquidation Analysis**

|  | Estimated Book Value at 3/1/2020 |  | High | Mid | Low |
|---|---:|---|---:|---:|---:|
| Cash and Cash Equivalents | 559,750 |  | 559,750 | 559,750 | 559,750 |
| Accounts Receivable | 32,742 |  | 32,742 | 32,742 | 32,742 |
| Pledges and Campaign Receivables | 961,863 | [1] | - | - | - |
| Store Inventory | 175,425 |  | 35,085 | 26,314 | 17,543 |
| Prepaid Insurance | 81,002 |  | - | - | - |
| Property and Equipment - Net | 82,189,563 |  | 8,181,640 | 7,101,920 | 6,022,199 |
| Investments, at Fair Value | 4,423,815 | [2] | - | - | - |
| Long-Term Pledges | 1,310,971 | [3] | - | - | - |
| Estimated Proceeds |  |  | 8,809,217 | 7,720,725 | 6,632,233 |
| Secured Lenders Collateral |  |  | 8,214,382 | 7,134,661 | 6,054,940 |
| Net Proceeds |  |  | 594,835 | 586,064 | 577,293 |
| Chapter 7 Administrative Expenses |  |  |  |  |  |
|   Chapter 7 Trustee Commission |  |  | 287,527 | 254,872 | 222,217 |
|   Chapter 7 Trustee Professionals |  |  | 200,000 | 175,000 | 150,000 |
|   Winddown Costs |  |  | 50,000 | 37,500 | 25,000 |
|   Other (Records Storage) |  |  | 25,000 | 25,000 | 25,000 |
| Chapter 11 Administrative Expenses |  |  | 620,000 | 620,000 | 620,000 |
| Chapter 11 Employee Wages |  |  | 118,760 | 118,760 | 118,760 |
| Chapter 11 Taxes |  |  | 2,971 | 2,971 | 2,971 |
|   Total Chapter 7 and Chapter 11 Expenses |  |  | 1,304,258 | 1,234,103 | 1,163,948 |
| Amounts Remaining for Prepetition General Unsecured Claims |  |  | - | - | - |
| Unsecured Debt |  |  | 1,264,633 | 1,264,633 | 1,264,633 |
| Secured Lenders Deficiency Claims |  |  | 21,848,898 | 22,928,619 | 24,008,340 |
|  |  |  | 23,113,531 | 24,193,252 | 25,272,973 |
|  |  |  | 0.00% | 0.00% | 0.00% |

[1] Pledges and Campaign Receivables represent endowment and non-endowment pledges from donors to the Museum. In the event of a sale of the Museum land and building to another party, the conditions within the pledges would be considered to be breached, and the donors would no longer be required to make payments to fulfill their pledge obligation.

[2] Investments, at fair value represent endowment funds permanently restricted by donors for specific purposes, which include the support of Museum operations, exhibits, and other Museum programs. The Museum believes that the disposition of these assets would be overseen by the Pennsylvania Attorney General.

[3] Long-Term Pledges represent endowment and non-endowment pledges from donors to the Museum which are scheduled to be paid over multiple years. In the event of a sale of the Museum land and building to another party, the conditions within the pledges would be considered to be breached, and the donors would no longer be required to make payments to fulfill their pledge obligation.