UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re ) | BANKRUPTCY CASE |
| ) | NO.: 20-11285-mdc |
| Museum of American Jewish History, d/b/a ) | CHAPTER 11 |
| National Museum of American Jewish History ) | |
| ) | |

## NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE

UMB Bank, N.A. and BNB Bank have filed a Motion in Limine Pursuant to Section 506(a) of the Bankruptcy Code for an Order Precluding Expert Testimony and/or Reports at the Valuation Hearing [ECF Dkt. 338].

**<u>Your rights may be affected.</u> You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult with an attorney.)**

1. If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before <u>October 14, 2020</u> you or your attorney must do all of the following:

    (a) file an answer explaining your position at: Clerk's Office, U.S. Bankruptcy Court for the Eastern District of Pennsylvania, United States Bankruptcy Court, Robert N.C. Nix Sr. Federal Courthouse, 900 Market Street, Suite 400, Philadelphia PA 19107

    If you mail your answer to the bankruptcy court's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

    (b) mail a copy to the movant's attorney

    > Peter E. Meltzer
    > Weber Gallagher
    > 2000 Market Street, 13th Floor
    > Philadelphia, PA 19103
    > Phone No.: 267-295-3363
    >
    > Alexander D. Widell
    > Moritt Hock & Hamroff LLP
    > 400 Garden City Plaza
    > Garden City, NY 11530
    > Phone No.: 516-873-2000

      If you or your attorney do not take the steps described in paragraph 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

2.      A hearing on the motion is scheduled to be held <u>telephonically</u> before the Honorable Judge Magdeline D. Coleman at **11:30 a.m. on October 21, 2020**, United States Bankruptcy Court, Robert N.C. Nix Sr. Federal Courthouse, 900 Market Street, Philadelphia PA 19107

3.      If a copy of the motion is not enclosed, a copy of the motion will be provided to you upon request made to the attorneys named in paragraph 1(b).

Dated: September 29, 2020

                                        MORITT HOCK & HAMROFF LLP

                                By:  <u>/s/ Theresa A. Driscoll</u>
                                          Alexander D. Widell
                                          Theresa A. Driscoll
                                          400 Garden City Plaza
                                          Garden City, NY 11530
                                          (516) 873-2000

*Counsel to BNB Bank*